# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Geoffrey Laurence Gephart AKA** | : | **Case No.: 15-42604** |
| **Geoffrey L Gephart** | : | **Chapter 13** |
| **Janelle Marie Gephart AKA** | : | **Judge Janet S. Baer** |
| **Janelle M Gephart** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Debtor.** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Comes now Todd J. Ruchman and enters his appearance as counsel for Ditech Financial LLC, mortgage servicing agent for Bank of America, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send any and all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Todd J. Ruchman
        Todd J. Ruchman (6271827)
        Adam B. Hall (0088234)
        Edward H. Cahill (0088985)
        Keith Levy (6279243)
        Sarah E. Willms (28840-64)
        Edward R. Peterka (6220416)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus OH  43216-5028
        614-220-5611; Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Todd J. Ruchman.
        Contact email is tjruchman@manleydeas.com

16-007499_KKC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL  60603

Charles L. Magerski, Attorney for  Geoffrey Laurence Gephart AKA Geoffrey L Gephart and Janelle Marie Gephart AKA Janelle M Gephart, Sulaiman Law Group, LTD, 900 Jorie Boulevard, Suite 150, Oak Brook, IL  60523, cmagerski@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 22, 2016:

Geoffrey Laurence Gephart AKA Geoffrey L Gephart and Janelle Marie Gephart AKA Janelle M Gephart, 3952 E. Prescott Drive, Chandler, AZ  85249

Geoffrey Laurence Gephart AKA Geoffrey L Gephart and Janelle Marie Gephart AKA Janelle M Gephart, 36 Woodridge Ln, Streamwood, IL 60107

Ocwen Loan Servicing, 12650 Ingenuity Drive, Orlando, FL  32826

/s/ Todd J. Ruchman

16-007499_KKC