**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Geoffrey Laurence Gephart | : Case No.: 15-42604 |
| AKA Geoffrey L Gephart | : Chapter 13 |
| Janelle Marie Gephart | : Judge Janet S. Baer |
| AKA Janelle M Gephart | : * * * * * * * * * * * * * * * * * * * * |
| | : |
| Debtors. | |

### OBJECTION TO CONFIRMATION OF PLAN (DOCKET NUMBER 2)

Now comes Bank of America, N.A. ("Creditor"), by and through its mortgage servicing agent Ditech Financial LLC, by and through its attorneys, Manley Deas Kochalski LLC, and objects to confirmation of the Chapter 13 plan of Geoffrey Laurence Gephart AKA Geoffrey L Gephart and Janelle Marie Gephart AKA Janelle M Gephart (collectively, "Debtor"). For the reasons which follow, confirmation should be denied.

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and venue is fixed in this Court pursuant to 28 U.S.C. Section 1409.

2. On December 17, 2015, Debtor filed a petition ("Petition Date") under Chapter 13 of Title of the United States Bankruptcy Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois.

3. Creditor is secured by a first mortgage lien upon the Debtor's real property commonly known as 36 Woodridge Ln, Streamwood, IL 60107 ("Property").

### MEMORANDUM IN SUPPORT OF OBJECTION

Although 11 U.S.C. Sec. 1325(a)(5)(C) permits a debtor to address a creditor's allowed secured claim by providing for the surrender of the collateral, this Code section does not purport

16-007499_SEN

to address satisfaction of the claim because it does not amount to a valuation of the collateral.  A plan may not be confirmed that would treat surrender as precluding the creditor for asserting a deficiency claim if the foreclosure sale results in an insufficient amount to pay the claim in full. See *DaimlerChrysler Financial Services Americas LLC v. Ballard (10th Cir.2008), 526 F.3d 634; Capital One Auto Finance v. Obsorn (8th Cir.2008)*, 515 F.3d 817; In re Gay (Bankr.E.D.Tex.2007), 375 B.R. 343.

    WHEREFORE, Creditor respectfully requests the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan.

                                          Respectfully submitted,

                                               /s/ Todd J. Ruchman
                                          Todd J. Ruchman (6271827)
                                          Adam B. Hall (0088234)
                                          Edward H. Cahill (0088985)
                                          Keith Levy (6279243)
                                          Sarah E. Willms (28840-64)
                                          Edward R. Peterka (6220416)
                                          Manley Deas Kochalski LLC
                                          P.O. Box 165028
                                          Columbus OH  43216-5028
                                          614-220-5611; Fax: 614-627-8181
                                          Attorneys for Creditor
                                          The case attorney for this file is Todd J. Ruchman.
                                          Contact email is tjruchman@manleydeas.com

16-007499_SEN

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Objection to Confirmation was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL  60603

Charles L. Magerski, Attorney for  Geoffrey Laurence Gephart AKA Geoffrey L Gephart and Janelle Marie Gephart AKA Janelle M Gephart, Sulaiman Law Group, LTD, 900 Jorie Boulevard, Suite 150, Oak Brook, IL  60523, cmagerski@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 23, 2016:

Geoffrey Laurence Gephart AKA Geoffrey L Gephart and Janelle Marie Gephart AKA Janelle M Gephart, 3952 E. Prescott Drive, Chandler, AZ  85249

Geoffrey Laurence Gephart AKA Geoffrey L Gephart and Janelle Marie Gephart AKA Janelle M Gephart, 36 Woodridge Ln, Streamwood, IL 60107

/s/ Todd J. Ruchman

16-007499_SEN