UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:   15-42604
GEOFFREY LAURENCE GEPHART and   )
JANELLE MARIE GEPHART   )   Chapter:  13
)   Honorable Donald R. Cassling
)
)
Debtor(s)   )

## ORDER MODIFYING CHAPTER 13 PLAN

This cause coming before the Court on the Debtors' Motion to Modify Chapter 13 Plan; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. The Debtors' Motion to Modify Chapter 13 Plan is granted.

2. The Debtors' delinquency in payments to the Chapter 13 Trustee of $4,240.00 shall be deferred to the end of the plan term.

3. Commencing with the April 2018 payment to the Chapter 13 Trustee, the Debtors shall make monthly payments to the trustee in the amount of $2,252.50 monthly for the remainder of the plan term.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  April 26, 2018

**Prepared by:**

Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Counsel for Geoffrey Laurence Gephart and Janelle Marie Gephart