UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-42604 |
| | ) | |
| GEOFFREY LAURENCE GEPHART and | ) | Chapter:  13 |
| JANELLE MARIE GEPHART | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

This cause coming before the Court on the Debtors' Motion to Modify Plan; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. The Debtors' Motion to Modify Plan is granted.

2. The Debtors' default in payments to Chapter 13 Trustee in amount of $8,259.00 will be deferred to the end of plan term.

3. Commencing with the Debtors' May 2019 payment to Chapter 13 Trustee, the Debtors' will make monthly payments to Chapter 13 Trustee in amount of $2,778.10 for the remainder of plan term.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  July 25, 2019

**Prepared by:**

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com