**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 1:15-bk-42604 |
| GEOFFREY LAURENCE GEPHART | |
| and JANELLE MARIE GEPHART | Chapter 13 |
| | Honorable Donald R. Cassling |
| Debtor(s) | |

**NOTICE OF MOTION**

To:    *See attached service list*

    **PLEASE TAKE NOTICE** that on **January 30, 2020 at 9:30 a.m.**, the undersigned will appear before the Honorable Donald R. Cassling at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 619, Chicago, Illinois and will then and there present **MOTION TO VACATE JANUARY 9, 2020 ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS**, a copy of which is hereby served upon you.

**CERTIFICATE OF SERVICE**

    I, Joseph S. Davidson, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Tom Vaughn Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on January 23, 2020 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

                        */s/ Joseph S. Davidson*

                        Joseph S. Davidson
                        **SULAIMAN LAW GROUP, LTD.**
                        2500 South Highland Avenue
                        Suite 200
                        Lombard, Illinois 60148
                        +1 630-575-8181
                        jdavidson@sulaimanlaw.com

Label Matrix for local noticing
0752-1
Case 15-42604
Northern District of Illinois
Eastern Division
Wed May  8 15:26:18 CDT 2019

Ocwen Loan Servicing, LLC
c/o ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Old Republic Insurance Company c/o Republic
307 N. Michigan AVENUE
Chciago, IL 60601-5383

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AMERICAN EXPRESS BANK, FSB
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

American Express *
c/o Becket & Lee
P.O. Box 3001
Malvern, PA 19355-0701

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank Of America, N.A. *
401 N. Tryon Street
NC1-021-02-20
Charlotte, NC 28255-0001

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Bank of America, N.A.
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Best Buy Co., Inc
Bureaus Investment Group
PO Box 17298
Baltimore, MD 21297-1298

CAPITAL ONE, N.A.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

Capital One
Capital One Retail Services
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 3120
Milwaukee, WI 53201-3120

Capital One, N.A. *
c/o American Infosource
P.O Box 54529
Oklahoma City, OK 73154-1529

Capital One, N.A.*
1680 Capital One Drive
Mc Lean, VA 22102-3407

Cerastes, LLC
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Chase *
3415 Vision Drive
Mail Code OH4-7142
Columbus, OH 43219-6009

Chase *
ATTN:  Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Card Services
Attn: Correspondence Department
Po Box 15298
Wilmington, DE 19850-5298

Citibank
Centralized Bankruptcy/CitiCorp Credit
Po Box 790040
St Louis, MO 63179-0040

Citibank
Citibank/Citicorp Services
Po Box 790040
St Louis, MO 63179-0040

Citibank
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179-0040

Citibank
Citicorp Credit Services/Attn:Centralize
Po Box 790040
Saint Louis, MO 63179-0040

Citibank
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

Citicorp Credit Services *
ATTN: Internal Recovery; Centralized Bk
P.O. Box 790034
Saint Louis, MO 63179-0034

Costco Wholesale
250 N. Randall Road
Lake in the Hills, IL 60156-5943

Department Store National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Ditech Financial LLC
PO Box 6172
Rapid City, SD 57709-6172

Ditech Financial LLC
1 Rider Trail Plaza Drive, Suite 100
Earth City, MO 63045-1313

(c)DITECH FINANCIAL LLC
332 MINNESOTA ST STE E610
SAINT PAUL MN  55101-1311

Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709-6154

ECAST SETTLEMENT CORPORATION
PO BOX 29262
NEW YORK, NY 10087-9262

Equifax Information Services, LLC
1550 Peachtree Street NW
Atlanta, GA 30309-2468

Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626-7037

Home Depot
700 Broadway Village Square
Broadview, IL 60155-4886

JCPenney
1600 Orchard Gateway Boulevard
North Aurora, IL 60542-6501

JPMorgan Chase*
270 Park Avenue
New York, NY 10017-2014

Kohl's Credit *
N56 W17000 Ridgewood Drive
Menomonee Falls, WI 53051-7096

MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR
MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090-2011

Macy's
Po Box 183083
Columbus, OH 43218-3083

Macy's Inc.
9111 Duke Boulevard
Mason, OH 45040-8999

Macys
Macys Bankruptcy Department
Po Box 8053
Mason, OH 45040-8053

Menard, Inc
4777 Menard Drive
Eau Claire, WI 54703-9604

Midwest Emergency Associates,Llc
6681 Country Club Drive
Golden Valley, MN 55427-4601

Navient
Attn: Claims Department
Po Box 9500
Wilkes-Barr, PA 18773-9500

Navient
PO BOx 9635
Wilkes Barre, PA 18773-9635

Navient Solutions Inc. on behalf of
TGSLC
Po box 83100
Round rock, TX 78683-3100

Ocwen Loan Servicing
12650 Ingenuity Drive
Orlando, FL 32826-2703

Ocwen Loan Servicing
P.O. Box 6440
Carol Stream, IL 60197-6440

Ocwen Mortgage
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416-4738

Old Republic Insurance Company
C/o Republic Equity Credit Services
307 N. Michigan, 13th Fl.,
Chicago, IL 60601-5311

PNC BANK, N.A.
PO BOX 94982
CLEVELAND, OHIO 44101-4982

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222-4747

PNC Bank N.A *
1 Financial Parkway
Kalamazoo, MI 49009-8002

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sams Club
Attn. Bankruptcy
PO Box 105968
Atlanta, GA 30348-5968

Sears
74155 Cass Avenue
Darien, IL 60561

Sonal Mazumdar
1585 Barrington, #503
Hoffman Estates, IL 60169-5020

Synchrony Bank
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Synchrony Bank
Attn: Bankrupty
Po Box 103104
Roswell, GA 30076-9104

Synchrony Bank
PO Box 530916
Atlanta, GA 30353-0916

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target
1000 Nicollet Mall
Minneapolis, MN 55403-2542

Target
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-9475

Target National Bank
3701 Wayzata Boulevard
MS-3CG
Minneapolis, MN 55416-3401

Trans Union LLC
P.O. Box 2000
Chester, PA 19016-2000

Charles L. Magerski
Sulaiman Law Group, LTD
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523-3810

Geoffrey Laurence Gephart
3952 E. Prescott Drive
Chandler, AZ 85249-5470

Janelle Marie Gephart
3952 E. Prescott Drive
Chandler, AZ 85249-5470

Jason Van Van Hemert
Van Hemert Law Group
501 N. Ashland Ave
Park Ridge
Park Ridge, IL 60068-3409

Joseph S Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Ave
Suite 200
Lombard, IL 60148-7103

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982236
El Paso, TX 79998

Discover Financial Services
2500 Lake Cook Road
Deerfield, IL 60015

(d)Discover Financial Services LLC
Po Box 15316
Wilmington, DE 19850

Portfolio Recovery Associates, LLC
Successor to CitiBank, N.A.
  (BEST BUY)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to CitiBank, N.A.
  (SEARS GOLD MASTERCARD)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to CitiBank, N.A.
  (SHELL)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to CitiBank, N.A.
(THE HOME DEPOT)
POB 41067
Norfolk, VA 23541

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Ditech Financial LLC
332 Minnesota Street, Suite 610
Saint Paul, MN 55101




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Bank of America, N.A.                (u)PNC Bank, N.A.                    (d)American Express Bank, FSB
                                                                            c o Becket and Lee LLP
                                                                            POB 3001
                                                                            Malvern, PA 19355-0701


(d)Ocwen Loan Servicing, LLC        End of Label Matrix
c/o ALDRIDGE PITE, LLP              Mailable recipients    77
4375 Jutland Drive, Suite 200       Bypassed recipients     4
P.O. Box 17933                      Total                  81
San Diego, CA 92177-7921

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:15-bk-42604 |
| GEOFFREY LAURENCE GEPHART and JANELLE MARIE GEPHART | Chapter 13 |
| Debtor(s) | Honorable Donald R. Cassling |

### MOTION TO VACATE JANUARY 9, 2020 ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS

NOW COME, GEOFFREY LAURENCE GEPHART and JANELLE MARIE GEPHART (the "Debtors"), through undersigned counsel, pursuant to 11 U.S.C. §105, Fed. R. Bankr. P. 9024, and Fed. R. Civ. P. 60(b)(1) and (6), moving the Court to vacate its January 9, 2020 Order Granting Trustee's Motion to Dismiss Case for Failure to Make Plan Payments.  In support thereof, Debtors assert as follows:

1.     On December 17, 2015, the Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code [Doc. #1].

2.     On June 30, 2016, an Order Confirming Plan was entered [Doc. # 63].

3.     The Debtors' confirmed plan provided:

**Section D.** *Payments by debtor to the trustee; plan term and completion.*

Debtor(s) will make regular payments to the trustee as follows:

1. *Initial plan term.*  The debtor will pay to the trustee $2,840.00 monthly for 4 months [and $2,065.00 per month for 2 months, then $2,120.00 per month for 54 months], for total payments, during the initial plan term, of $129,970.00.

*See* Doc. #61.

4.    On April 26, 2018, the Debtors' confirmed plan was modified to increase payments to $2,252.00 monthly for the remainder of plan term.  *See* Doc. # 87.

5.    On July 25, 2019, the Debtors' confirmed plan was modified to increase payments to $2,778.10 monthly for the remainder of plan term.  *See* Doc. # 99.

6.    Subsequently, the Debtors incurred a $7,334.30 default in payments to the trustee.

7.    On November 14, 2019, Chapter 13 Trustee filed a Motion to Dismiss for Failure to Make Plan Payments – alleging $7,334.30 default.

8.    On January 9, 2020, Trustee's Motion to Dismiss for Failure to Make Plan Payments was granted.  *See* Doc. # 102.

9.    On January 13, 2020, Chapter 13 Trustee received $2,778.50 from Debtors.

10.    Debtors' current default is $9,812.00.

11.    Debtors' counsel is currently holding $10,000.00 on behalf of Debtors.

12.    In order to prevail under Rule 9024 of the Federal Rules of Bankruptcy Procedure, which incorporates Rule 60 of the Federal Rules of Civil Procedure, Debtor must establish four threshold requirements: (i) that the motion is untimely; (ii) that the movant has a meritorious defense to the action; (iii) that the opposing party would not be unfairly prejudiced by having the [dismissal] set aside; and (iv) that exceptional circumstances warrant the requested relief.  Once Debtor has met this threshold burden, she must then satisfy one of six grounds to obtain relief.

13.    Rule 60(b)(6) of the Federal Rules of Civil Procedure provides that "[o]n motion and just terms, the court may relief a party *** from a final judgment, order or proceeding for the following reasons *** (6) any other reason justifying relief from the operation of the judgment. Fed. R. Civ. P. 60(b).

14.     Rule 60(b)(6) of the Federal Rules of Civil Procedure should be liberally construed for the purposes of doing justice, in light of all relevant facts.

15.     Vacating the January 9, 2020 Order Granting Trustee's Motion to Dismiss will provide Debtors an opportunity to complete this case.

16.     Furthermore, no opposing party will be unfairly prejudiced by having the dismissal set aside.

**WHEREFORE**, Debtors respectfully request the Court enter an Order Vacating this Court's January 20, 2020 Order Granting Trustee's Motion to Dismiss Case for Failure to Make Plan Payments; and grant such other relief as the Court deems just and proper.

DATED: January 23, 2020                          Respectfully submitted,

**GEOFFREY   LAURENCE   GEPHART
and JANELLE MARIE GEPHART**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com