UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                        )          BK No.:   15-42604
GEOFFREY LAURENCE GEPHART and  )
JANELLE MARIE GEPHART                  )
                                              )          Chapter: 13
                                              )          Honorable Donald R. Cassling
                                              )
                     Debtor(s)              )

## ORDER VACATING ORDER
## GRANTING TRUSTEE'S MOTION TO DISMISS

This cause coming before the Court on Debtors' Motion to Vacate January 9, 2020 Order Granting Trustee's Motion to Dismiss Case for Failure to Make Plan Payments; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

The Court's January 9, 2020 Order Granting Trustee's Motion to Dismiss Case for Failure to Make Plan Payments is vacated.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  January 30, 2020

**Prepared by:**

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com