Form ntc

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 15–42604
Chapter: 13
Judge: Donald R. Cassling

In Re:

| | |
|---|---|
| Geoffrey Laurence Gephart | Janelle Marie Gephart |
| aka Geoffrey L Gephart | aka Janelle M Gephart |
| 3952 E. Prescott Drive | 3952 E. Prescott Drive |
| Chandler, AZ 85249 | Chandler, AZ 85249 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–1408                                                                xxx–xx–1481

Employer Tax ID / Other nos.:

---

**NOTICE**

To the Debtor(s), Creditors, and other Parties in Interest:

Pursuant to the Court's Order entered on January 30, 2020, the Order Granting Trustee's Motion to Dismiss for Failure to Make Plan Payments of January 9, 2020 is vacated.

FOR THE COURT

Dated: January 31, 2020                                   Jeffrey P. Allsteadt , Clerk
                                                                                 United States Bankruptcy Court