UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: GEOFFREY LAURENCE GEPHART | ) Case No. 15 B 42604 |
| JANELLE MARIE GEPHART | ) |
| Debtors | ) Chapter 13 |
| | ) |
| | ) Judge: DONALD R CASSLING |

## NOTICE OF MOTION

| | |
|---|---|
| GEOFFREY LAURENCE GEPHART | SULAIMAN LAW GROUP LTD |
| JANELLE MARIE GEPHART | via Clerk's ECF noticing procedures |
| 3952 E PRESCOTT DR | |
| CHANDLER, AZ 85249 | |

Please take notice that on March 25, 2021 at 9:30 am., I will appear before the Honorable Judge DONALD R CASSLING or any judge sitting in the judge's place, present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL 60603 or by the methods indicated on February 19, 2021.

/s/ M.O. Marshall

## TRUSTEE'S MOTION TO DISMISS FOR TERM OF PLAN

Now comes M.O. Marshall, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On December 17, 2015 the Debtors filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on June 30, 2016, for a period of 60 months.

3. The plan will complete in 75 months, from the date of confirmation.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1322 (d) and § 1307 (c) (6).

Respectfully submitted,

M.O. MARSHALL                               /s/ M.O. Marshall
CHAPTER 13 TRUSTEE
55 East Monroe, Suite 3850
Chicago, IL 60603
(312) 294-5900