UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 15-42604 |
| Geoffrey Laurence Gephart | ) | |
| and | ) | Chapter: 13 |
| Janelle Marie Gephart | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING DEBTORS' OBJECTION TO CLAIM

THIS CAUSE COMING TO BE HEARD by the Motion of the Debtors objecting to Claim 23-2, the Court having jurisdiction over the matter and being fully advised on the premises; IT IS HEREBY ORDERED:

A. Debtor's Objection to Claim 23-2 is sustained; and

B. The amendment to Claim 23-2 is disallowed in its entirety.

Enter:

Honorable Donald R. Cassling
Dated:                                                                                          United States Bankruptcy Judge

**Prepared by:**

Mohammed O. Badwan, Esq.
Counsel for Debtor
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 250
Lombard, IL 60148
Phone (630) 575-8180
mbadwan@sulaimanlaw.com