UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:  15-42604
GEOFFREY L. GEPHART )
JANELLE M. GEPHART )   Chapter: 13
)   Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM 23-2

THIS CAUSE, coming to be heard on Debtors' Objection to Claim 23-2, due notice having been given and the Court being advised in the premises; IT IS HEREBY ORDERED;

1. Debtors' objection to Claim 23-2 is sustained.

2. Claim 23-2 is disallowed in its entirety.

3. The Trustee is not to collect any funds already disbursed to Old Republic Insurance Company.

.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
Dated:  April 08, 2021                 United States Bankruptcy Judge

**Prepared by:**

Mohammed O. Badwan ARDC #6299011
Counsel for Debtor
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
(630) 575-8180